UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| MICHAEL REED CRAIG, | ) CASE NO. 09-14478 |
| | ) Chapter 7 |
| | ) |
| DEBTOR(S). | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Jay County Hospital | 500 W. Votaw<br>Portland, IN 46371 | $0.44 |
| Capital Recovery III, LLC as Assignee of Washington Mutual Bank | Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>2500048432 - 6713987<br>Miami, FL 33131 | $1.86 |
| Dell Financial Services, LLC | c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | $1.06 |
| Capital One Bank (USA), N.A. by American InfoSource LP as Agent | P.O. Box 248839<br>Oklahoma City, OK 73124-8839 | $0.83 |
| Ladco | 7300 Chapman Highway<br>Knoxville, TN 37920 | $1.21 |
| | Total | $5.40 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $5.40 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: February 18, 2011**

                                        **Respectfully submitted,**

                                        **CHAPTER 7 TRUSTEE**
                                        **444 EAST MAIN STREET**
                                        **FORT WAYNE, INDIANA 46802**
                                        **TELEPHONE: (260) 426-0444**
                                        **FAX: (260) 422-0274**
                                        **EMAIL: mseifert@hallercolvin.com**

                                        **BY: /s/ Martin E. Seifert**
                                              **MARTIN E. SEIFERT**
                                              **I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 18th day of February, 2011, to:

Steven P. Taylor, Esq.
3130 S. LaFountain St.
Suite 1B
Kokomo, IN 46902

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Jay County Hospital
500 W. Votaw
Portland, IN 46371

Capital Recovery III, LLC as Assignee
　of Washington Mutual Bank
Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
2500048432 - 6713987
Miami, FL 33131

Dell Financial Services, LLC
c/o Resurgent Capital Services
P.O. Box 10390
Greenville, SC 29603-0390

Capital One Bank (USA), N.A.
　by American InfoSource LP as agent
PO Box 248839
Oklahoma City, OK 73124-8839

- 4 -

Ladco
7300 Chapman Highway
Knoxville, TN 37920

    /s/ Martin E. Seifert
**MARTIN E. SEIFERT**